**STATE of Missouri, Respondent,**

v.

**Keith ESTERS, Defendant/Appellant.**

**Keith ESTERS, Defendant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. 68863, 71196.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 25, 1997.

Raymond J. Capelovitch, Asst. Public Defender, St. Louis, for defendant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment entered on a jury verdict finding him guilty of illegal possession of a controlled substance, in violation of section 195.202 RSMo 1994, on which he was sentenced as a prior and persistent offender to fifteen years imprisonment. Defendant also appeals from a judgment denying, after an evidentiary hearing, his Rule 29.15 motion for post-conviction relief.

As to the direct appeal, no jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. We affirm the judgment pursuant to Rule 30.25(b).

As to the post-conviction appeal, the judgment of the motion court is based on findings of fact and conclusions of law that are not clearly erroneous. A written opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

However, the parties have been furnished with a memorandum opinion for their information only, setting forth the reasons for this order.